IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SHAVER,

      Plaintiff,                         No. CIV S-05-0150 FCD GGH P

      vs.

D.L. RUNNELS, et al.,

      Defendants.             ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On July 29, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed July 29, 2005, are adopted in full; and

2. Defendants' August 5, 2004 motion to dismiss is granted in part and denied in part as follows:

    (a) granted as to plaintiff's due process claims and these claims are dismissed;

    (b) granted as to defendant Grannis and this defendant is dismissed;

    (c) granted as to defendant Runnels, in his individual capacity only, and this defendant is dismissed in his individual capacity;

    (d) denied as to defendant Nauman on the Eighth Amendment claims only;

    (e) denied as to defendant Runnels on the Eighth Amendment claims, in his official capacity only, for prospective injunctive relief;

3. Defendants Nauman and Runnels are ordered to answer within 30 days of the filed date of this order.

DATED: September 28, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge