IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SHAVER,

      Plaintiff,                           No. CIV S- 05-0150 FCD GGH P

    vs.

D. L. RUNNELS, et al.,

      Defendants.               ORDER

_____/

        By order filed on July 29, 2005, defendants Nauman and Runnels were directed to file a response to plaintiff's April 8, 2005 motion for preliminary injunction within 30 days. Although defendants have filed their answer to plaintiff's first amended complaint, they have not filed any response to plaintiff's motion for preliminary injunction and the time for doing so has long expired. Defendants are now directed to show cause, within 10 days, for their failure to file a response in compliance with this court's order.

        On November 7, 2005, plaintiff requested an extension of time to file a response to defendants' October 21, 2005 answer to his first amended complaint; however, neither the Federal Rules of Civil Procedure nor the Local Rules contemplate such a filing. Plaintiff's inapposite request will be denied.

\\\\\

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants are ordered to show cause, within 10 days, for their failure to comply with this court's order, filed on July 29, 2005, wherein defendants were directed to file a response to plaintiff's April 8, 2005 motion for preliminary injunction.

2. Plaintiff's November 7, 2005 request for an extension of time to file a response to defendants' answer to his first amended complaint is denied as inapposite.

DATED:   11/22/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
shav0150.osc+