UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SHAVER,<br><br>            Plaintiff,<br><br>      v.<br><br>D. L. RUNNELS, et al.,<br><br>            Defendants. | No. CIV S-05-0150 FCD GGH P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

By timely response filed on November 30, 2005, defendants have discharged the November 22, 2005 show cause order. Defendants' request for an extension of time to and including December 30, 2005, to respond to plaintiff's motion for preliminary injunction is granted. No further extension of time will be granted.

IT IS SO ORDERED.

Dated: 12/12/05

/s/ Gregory G. Hollows

_____
**GREGORY G. HOLLOWS**
**UNITED STATES MAGISTRATE JUDGE**

shav0150.po.wpd