IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SHAVER,

    Plaintiff,                    No. CIV S-05-0150 FCD GGH P

    vs.

D.L. RUNNELS, et al.,

    Defendants.            <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file and serve an opposition to the defendants' August 14, 2006 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's August 28, 2006 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to the defendants' August 14, 2006 motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 9/6/06

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:bb
shav0150.36