IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SHAVER,

    Plaintiff,                     No. CIV S-05-0150 FCD GGH P

    vs.

D.L. RUNNELS, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has filed a document wherein he purports to be seeking to voluntarily dismiss his case, pursuant to Fed. R. Civ. P. 41(a). However, by his request it is clear that he seeks leave to file an amended complaint to name new parties, pursuant to Fed. R. Civ. 15(a).

        Plaintiff's motion for leave to amend was not, however, accompanied by a proposed amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. <u>See</u> 28 U.S.C. § 1915. Since plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it, nor is defendant able to file any substantive response. Plaintiff's motion for leave to amend must therefore be denied.

\\\\\

Accordingly, plaintiff's request for "voluntary dismissal," properly construed as a motion for leave to amend, filed on September 25, 2006, is denied.

DATED: 10/2/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
shav0150.10b