IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SHAVER,

        Plaintiff,                  No. CIV S-05-0150 FCD GGH P

   vs.

D.L. RUNNELS, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 28, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed November 28, 2006 are adopted in full; and

2. Plaintiff's motion, filed on November 3, 2006, for leave to file a supplemental or further amended complaint to name new parties is denied.

DATED: January 26, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE